UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

IN RE: MANAGED CARE LITIGATION

Case No.: 20cv1623-H(BLM)

**ORDER GRANTING EX PARTE MOTION FOR EXTENSION OF BRIEFING SCHEDULE**

**[ECF No. 16]**

On September 3, 2020, Managed Care Advisory Group, LLC ("MCAG") filed an Unopposed Ex Parte Motion for Extension of Time of Managed Care Advisory Group, LLC.  ECF No. 16. MCAG seeks for an extension of time to respond to CIGNA Healthcare, Inc.'s ("CIGNA's") Motion to Quash Subpoena to David Garcia [ECF No. 11] and asks that the Court continue the dates set in its briefing schedule [ECF No. 12] by one week.  <u>Id.</u> at 2.  In support of its motion, MCAG states that the parties have met and conferred, and that CIGNA does not oppose this motion. <u>Id.</u>  In further support, MCAG states that it "has less than 14 days[1] to respond to CIGNA's Motion

---

[1] The instant action before this Court commenced when Movant David Garcia filed a motion to quash a subpoena to testify at a deposition.  ECF No. 1.  The Court issued a briefing schedule ordering that any opposition shall be filed on or before September 14, 2020 and any reply shall be filed on or before September 22, 2020.  ECF No. 5.  Subsequently, CIGNA filed its motion to quash on August 27, 2020.  ECF No. 8.  In finding that CIGNA's motion to quash discussed similar issues to that of David Garcia's, the Court issued a briefing schedule on September 1,

to Quash, which is substantively different from Epiq Systems, Inc.'s and Neil Manning's Motion to Quash[2]," and that "CIGNA's Motion to Quash contains 14 pages of arguments that Epiq Systems, Inc. and Neil Manning do not raise." Id. at 3.  Additionally, MCAG states that it is "diligently preparing all materials necessary to respond to CIGNA's Motion, but needs additional time requested to respond" to CIGNA's different arguments.  Id.   Finally, MCAG states that CIGNA will not be prejudiced by the extension of time.  Id.  Accordingly, good cause appearing, the Court **GRANTS** MCAG's motion and sets the following:

      1.     Any opposition to the motion must be filed on or before **September 15, 2020**.

      2.     Any reply must be filed on or before **September 29, 2020**.

Upon completion of the briefing, the Court will take the matter under submission pursuant to Civil Local Rule 7.1(d)(1) and no personal appearances will be required.

      **IT IS SO ORDERED**.

Dated: 9/4/2020

*[signature]*
Hon. Barbara L. Major
United States Magistrate Judge

---

2020 with the same dates as those set in its first schedule, thus requiring MCAG to file its opposition to CIGNA's motion on or before September 8, 2020.  ECF No. 12.

[2] The Court notes that MCAG argues that CIGNA's motion is "substantively different from Epiq Systems, Inc.'s and Neil Manning's Motion to Quash," yet neither of those parties have filed a motion to quash before this Court.  ECF No. 16 at 3 (emphasis added).  The only other motion before this Court is Mr. Garcia's motion to quash.  ECF No. 1.  The Court further notes that Epiq Systems, Inc. ("Epiq") and Neil Manning are parties to the same twenty-year proceeding, currently being arbitrated in Florida, as David Garcia and that Mr. Garcia is an employee of Epiq.  ECF No. 1-2 at 7.  This word processing error gives credence to some of the arguments raised by Mr. Garcia and CIGNA.